JS-6

Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: mdean@deangazzo.com

Attorneys for Defendants,
City of Dana Point and City of San Clemente

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HOOPER, an individual and KARLEE HOOPER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> COASTAL ANIMAL SERVICES AUTHORITY, a joint powers authority, CITY OF DANA POINT, a government entity, CITY OF SAN CLEMENTE, a government entity and DOES 1-20, inclusive, <br><br> Defendants. | Case No.: 8:26‑cv‑00575‑KES <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** <br><br> Judge: Karen E. Scott |

Having reviewed the stipulation of the parties, the Court ORDERS as follows:

This action is dismissed in its entirety, with prejudice, and each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: April 2, 2026 _____    _____

Karen E. Scott
Judge of the U.S. District Court

1

Case No.: 8:26-cv-00575-KES